**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **INVENTERGY, INC.** | § | |
| | § | |
| **v.** | § | **CASE NO. 6:14-cv-612** |
| | § | |
| **GENBAND INC.** | § | |

## ORDER

The Court **ORDERS** Plaintiff to file a notice that the case is ready for a scheduling conference when all Defendants have either answered or filed a motion to transfer or dismiss. The notice must be filed within five days of the last remaining Defendant's answer or motion. The notice must include a list of any pending motions to dismiss or transfer and a list of any related cases previously filed in the Eastern District of Texas involving the same patent(s).

Within five days of this order, the Plaintiff also must file a notice indicating whether Plaintiff anticipates filing any additional related cases in this district.

If the case is not ready for scheduling conference within ninety (90) days of this order, Plaintiff must file a detailed status report explaining the reason for the delay.

**It is SO ORDERED.**

**SIGNED this 16th day of July, 2014.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE