UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **INVENTERGY, INC.,** | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 6:14-cv-612 |
| | § | |
| v. | § | |
| | § | |
| **GENBAND INC., et al.** | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Plaintiff Inventergy, Inc. ("Inventergy") and defendants GENBAND US LLC, GENBAND Inc., GENBAND Management Services Corp., and GENBAND Holdings Company (collectively, "Defendants") filed a Joint Stipulation of Dismissal of GENBAND Inc., GENBAND Management Services Corp., and GENBAND Holdings Company. Based on representations by Defendants, Inventergy agreed to dismiss with the opportunity to refile under Federal Rule of Civil Procedure 41(a)(2).

The Court hereby **GRANTS** the plaintiff's request to dismiss without prejudice its claims against GENBAND Inc., GENBAND Management Services Corp., and GENBAND Holdings Company. It is further **ORDERED** that Inventergy's claims against GENBAND Inc., GENBAND Management Services Corp., and GENBAND Holdings Company are **DISMISSED WITHOUT PREJUDICE.**

**SIGNED** this 8th day of May, 2015.

:

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE